DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**COURTNAY E. MONTGOMERY,**
Appellant,

v.

**JOHN CRAMER ET AL.,**
Appellees.

No. 4D17-1371

[January 25, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case No. 2016GA000001XXXXNB.

Jennifer S. Carroll of Law Offices of Jennifer S. Carroll, P.A., Palm Beach Gardens, for appellant.

Mitchell I. Kitroser and Kathryn Lewis Perrin of Kitroser & Associates, North Palm Beach, Joseph John Farina and Duane Pinnock of Boyes, Farina & Matwiczyk, P.A., Palm Beach Gardens, Edward Downey and R. Lee McElroy, IV, of Downey McElroy, P.A., Palm Beach Gardens, Jones, Foster, Johnston & Stubbs, West Palm Beach, and Andrew A. Harris and Philip M. Burlington of Burlington & Rockenbach, P.A., West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***